· SECOND DISTRICT.

Rutland Farmers' Grain & Supply Company, Inc., appellant, v. William Thies, appellee. Gen. No. 7,283.

Action on account. Judgment for defendant. Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed February 16, 1924.

McDougall & Chapman, for appellant. Kelly & Kelly, for appellee.

Mr. Justice Jett delivered the opinion of the court.

Samuel P. Hall, appellee, v. W. O. Bellamy, appellant. Gen. No. 7,298.

Action against lessee for rent. Judgment for plaintiff. Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the October term, 1923. Affirmed on remittitur. Reversed and remanded. Opinion filed February 16, 1924. Rehearing denied April 2, 1924.

Butters, Clark & Butters, for appellant. Russell O. Hanson, for appellee.

Mr. Justice Jett delivered the opinion of the court.

Sylvester Thomas Keefe, by John Rossi, his next friend and John Laurin Keefe, appellees, v. Mystic Workers of the World, appellant. Gen. No. 7,066.

Action on beneficiary certificate. Judgment for plaintiffs. Appeal from the Circuit Court of Grundy county. Heard in this court at the April term, 1923. Reversed and remanded. Opinion filed February 16, 1924.

Charles E. Sturtz and J. W. Rausch, for appellant. Cornelius Reardon and Frank H. Hayes, for appellees.

Mr. Justice Jones delivered the opinion of the court.

Simon J. Schloesser, alias Samuel J. Schloesser, alias Sam J. Schloesser, and Florence Schloesser, appellants, v. John S. Lees, appellee. Gen. No. 7,218.

Bill for specific performance of contract of sale of moving picture business. Bill dismissed. Appeal from the Circuit Court of La Salle county; the Hon. Edgar Eldredge, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed February 16, 1924.

Hoberg & Hoberg and McDougall & Chapman, for appellants. William M. Scanlan and S. R. Kenworthy, for appellee.

Mr. Justice Jones delivered the opinion of the court.